IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**Chen, J.**

**Levy, M.J.**

ALROY RICHARDS
(Plaintiff)

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

1. CITY OF NEW YORK - ATTN:
Corporation Counsel
2. Mr ROSARIO (Police Officer)

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. ___24-cv-07074-PKC-RML___

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes   ☐ No   If Warranted
                *(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name RICHARDS, Alroy
Street Address 179 Elm Street
City and County Valley Stream (Nassau)
State and Zip Code N.Y. 11580
Telephone Number 347-779-3620
E-mail Address almyrichards7@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name CITY OF NEW YORK
Job or Title NYC Law Department,
(if known) ATTN: Corporation Counsel
Street Address 100 Church Street
City and County New York (New York)
State and Zip Code N.Y. 10007
Telephone Number 212-356-1000
E-mail Address not known as yet, but can use
(if known) Service ECF@law.nyc.gov

Defendant No. 2

Name: Mr. ROSARIO

Job or Title
(if known): Police Officer (#966819)

Street Address: c/o 67th Precinct, Brooklyn (N.Y.)
2820 Snyder Avenue

City and County: Brooklyn

State and Zip Code: N.Y. 11226

Telephone Number: 718-287-3211

E-mail Address
(if known): unknown, but can refer to Service ECF@law.nyc.gov

Defendant No. 3

Name: _____

Job or Title
(if known): _____

Street Address: _____

City and County: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address
(if known): _____

Defendant No. 4

Name: _____

Job or Title
(if known): _____

Street Address: _____

City and County: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address
(if known): _____

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ ~~State or~~ local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? MONELL Claim,

See below

COLOUR OF STATE, 4TH AMENDMENT (See below), 14th AMENDMENT (See below), EXCESSIVE FORCE, HARASSMENT RETALIATION. 4th Amendment = "Unlawful Imprisonment" or Illegal Detention 14th Amendment= Violated Due & Administrative Processes, Equal Protection Clause (E.P.C.), inter alia.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See the ADDITIONAL Pages attached. Important. EXHIBITS A-R are also attached with direct co-relations.

EXTENSION (extra pages) added.

PLUS DEPRIVATION OF PROPERTY INTERESTS

DEPRIVATION OF PROPERTY RIGHTS

4

### III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? along Church Avenue, at corner of South East (S.E.) of East (E.) 40th Street, Brooklyn, N.Y. 11203, between Albany Avenue and E. 40th Street, going towards Utica Avenue at 7:42 pm (NOTE TIME)

B.    What date and approximate time did the events giving rise to your claim(s) occur? JULY 8, 2023 at 7:42 pm, along Church Avenue and NOT 7:35 pm as the NYPD Summons is purporting VICINITY: 1st Harvest Professional Services (on left) and Pure Spot (Blue Magic Botanic) on side of where plaintiff's car.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See ADDITIONAL PAGES Attached.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* 1st Harvest Professional = 40-17 Church Avenue Brooklyn, N.Y. 11203

* Blue Magic Botanic = 40-02 Church Avenue Brooklyn, N.Y. 11203

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

NO PHYSICAL INJURIES suffered. However,
MENTAL ANGUISH, FEAR (especially as
at the material time and shortly after)
FREQUENTLY RECALLING TRAUMA OF THE EVENT.

## V.  Relief

State briefly what you want the court to do for you.  Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims. (a) Find Respondents responsible, either
separately, or jointly.
(b) CEASE and DESIST (pattern, practice
towards Plaintiff) to NYPD, and CITY OF
NEW YORK.
(c) AWARD DAMAGES: PUNITIVE, MONETARY,
COMPENSATORY, and GENERAL
(d) Sum of FIVE HUNDRED THOUSAND DOLLARS
($500,000.00) and (e) If warranted, JURY
TRIAL.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/04, 20 24

Signature of Plaintiff _____

Printed Name of Plaintiff RICHARDS, Alroy
Pro-Se

EASTERN DISTRICT
NEW YORK

**Civil Action #:**

ALROY RICHARDS
*Petitioner*

vs.

1. CITY OF NEW YORK – ATTN: Corporation Counsel          **EXTENDED SHEET**
2. Mr. ROSARIO (Police Officer)
*Respondents*

---

Please **TAKE NOTE**, that, I, Alroy Richards, **Plaintiff** (Pro-Se) is filing this Lawsuit, against the **City of New York** (NYC Law Department), <u>ATTN</u>: Corporation Counsel, and Mr. **Rosario**, *Police Officer*, of the NYPD 67th Precinct, Brooklyn, New York 11203. This resulted from the **Illegal Detention**, or **Unlawful "Imprisonment"**, of the Plaintiff, on **07/08/2023**, along Church Avenue, Brooklyn, N.Y., during an alleged Traffic Stop, from **profiling**, **harassing**, and **intimidating** the Plaintiff. **Pattern**, **practice**, and now **norm (Monell)** against the Plaintiff. In order not to be too extending, the Plaintiff will for now, seek to pronounce the **Causes of Actions**, and how each Respondent, <u>violated</u> the Plaintiff's **Constitutional Rights**.

I, Alroy Richards, Plaintiff, further states:

- **CAUSES OF ACTIONS**, are: **MONELL** Claims, **COLOUR OF STATE**, **4th AMENDMENT**, (**Illegal Detention/Unlawful "Imprisonment"**), **14th AMENDMENT** (Breaches of **Administrative Process**, and, **Due Process**, plus **Equal Protection Clause**), **EXCESSIVE FORCE**, **HARASSMENT**, **RETALIATION**, and **DEPRIVATION OF PROPERTY INTERESTS**, along with **DEPRIVATION OF PROPERTY RIGHTS**.
- That the Plaintiff was driving his motor vehicle, so described, along Church Avenue, Brooklyn, N.Y. 11203, heading towards general Utica Avenue. Time was **7:42 pm**, and **NOT 7:35 pm**, as are being alluded to, by the NYPD.
- Plaintiff reached the vicinity of **Pure Spot** (**Blue Magic Botanic**), on the same side, with **First Harvest Professional Services** across the Road, on the left. Both businesses are at 40-17 Church avenue, and 40-02 Church Avenue, respectively, in ZIP 11203. Actual location is also **between Albany Avenue, and East 40th Street**.
- All of a sudden, the Plaintiff saw when the Police teams pulled up, and endeavoured to accuse the plaintiff of Traffic violations. Plaintiff is aware that he was being followed by the Police, in unmarked vehicles (**profiled**). **Usually occurs, towards Plaintiff, particularly in Brooklyn (N.Y.**). Previous matters with NYPD Brooklyn, all along, due to Plaintiff's formal complaints, going through Precinct Command, Internal Affairs, and even the NYPD Headquarters, at 1 Police Plaza, New York, N.Y.



- Several Police Officers, including Mr. Rosario, surrounded the Plaintiff's motor vehicle, suspiciously. They proceeded to again accuse the Plaintiff, of traffic violations, which the Plaintiff staunchly denied.
- Paper works were provided to the said NYPD, upon being requested. Plaintiff was told to **remain in his motor vehicle**, which he did, **for** nearly **ten** (**10**) or so **minutes**.
- The NYPD then returned after those times, and handed a **pink sheet of paper** (**Summons**), to the Plaintiff. The reference number is **4449280865**, and it had a **Court appearance** date of **07/27/2023**. No other statements were provided to the Plaintiff, by the NYPD, neither intimated.
- Plaintiff attended on the Court House, at 1 Centre Street, on <u>07/27/2023</u>, where after a Trial, with the NYPD in absentia, the **PLAINTIFF WAS FULLY EXONERATED**.

Plaintiff now comment, in brief, for now, as to each <u>CAUSE OF ACTION</u>:

**MONELL** Claim – That there is a practice, norm, and pattern, of the NYPD (some) profiling the Plaintiff. Recall now, Plaintiff is in **Protected Status**, is a **black**, an **immigrant**, and have made numerous complaints, and have filed related Lawsuits, which, the NYPD are aware of, as it involved their agents, and/or were reported to them. So are the general City of New York, also similarly. Actions of the agents, whom represent the Municipality, are liable, even for just one single act, with this liability **extending to the agents' Employer**, under the **Vicarious Liability** concept, and concepts under the Supreme Court of the United States. Case files later.

**COLOUR OF STATE** – the agents in question, including Police Officer, Mr. Rosario, will tell, that they are merely carrying out their jobs, in the duties of a Police Officer. **Ruse**. Profiling, anger, and retaliation by some, have certainly not ceased. Adverse actions seen, are ploys, under **guise**, to **punish**, and retaliate, against the Plaintiff. Predicated all along, by said Plaintiff, in many writings., to said Employer, and its Management, and Attorneys-at-Law. Note the <u>actions</u>, **TIMINGS**, and the **effects**. Other explanations, to be provided to the Court, if required, to show **nexus**. Agents and the Employer, City of New York (referring to humans here) are **aware of the illicit conduct of each other**, towards the Plaintiff, which continue to **go unchecked**.

**4th AMENDMENT** – Plaintiff should be **FREE TO MOVE**, be **free to live, love, and enjoy Life**, and not having this **Right To Enjoyment**, deliberately diminished. Case files exist. Actions of the perpetrators are illegal, as Plaintiff **Illegally Detained**, or **Illicitly "Imprisoned"**. Again, the hierarchy of the City of New York, does absolutely nothing, with these repeated adverse actions. Instead, the actions get worse. Records will show, and explanations will follow.

**14th AMENDMENT** – The City of New York, having had all the information, and fully briefed, should have carried out **Due Process**, and **Administrative Process**, in the interest of the individual, the Plaintiff. Particularly given the **frequencies**, and **intensities** of the Reports, involving the Plaintiff. Voluminous to be detailed here. No **Equal Protection**, for the Plaintiff, in comparison to others. Plaintiff, as per usual, engages the Processes, provided by the City of New York, but no effective engagement meted out, to the Plaintiff. Worrisome.

**EXCESSIVE FORCE** – Due in part, to Colour of State. Given the circumstances, the agents are **exceeding their Lawful authority**, and have been issuing out jungle justice, or **issuing out their own forms of justice**, against the Plaintiff. <u>Power</u> and <u>authority</u>, without checks and balances, is **anarchy**, and being **rogued**. Massive amounts of details, and recommendations, from Courts, and Administrators tasks with avoidance, and improvements, and even those from the Plaintiff, have gone unnoticed – it would appear. City of New York have all the related information, and the atrocities, at their disposal.

**RETALIATION** and **HARASSMENT** – goes without giving much, as too much already said. No coincidences. Careful targeting, and profiling, of the Plaintiff. Plaintiff's perception, and that from other, or any reasonable person, is that the Plaintiff is being profiled, and retaliated against, by those with resources, "knowledge", power, authority, and whom has been co-ordinating. Obvious, by now (to the Respondents). Nature of the stop, the readiness to issue Summons, and the fact that there were **no valid, nor legal reasons, to stop the Plaintiff**, whilst he was driving speaks volumes. Plaintiff is telling this court, that, with filing of this present Lawsuit, much more retaliations, and harassments, will emerge, under Colour of State, etc.

**DEPRIVATION OF PROPERTY** and **DEPRIVATION OF PROPERTY INTERESTS** – Plaintiff has a **Right to be able to drive, without harassment**, from the agents of the City of New York. This Right is guaranteed to all individuals, regardless of whether they are Police Officers, even Police Officers being included, as an individual. **Spin off from this debacle, is costing the Plaintiff, and will now, and into the future**. The information will be **unfairly on the Plaintiff's Records (including Driving)**, **out of spite**, and which, were **well intentioned**. When will it stop, and how far will the agents proceed? No one knows, yet.

Matters are not limited to these.

Dated: October 4, 2024.
New York, N.Y.

_____
**ALROY RICHARDS**
*Plaintiff, Pro-Se*

TO:     Clerk of the Court
U.S. District Court, Eastern District (N.Y.)
225 Cadman Plaza East
Brooklyn, N.Y. 11201.
CITY OF NEW YORK, and Mr. ROSARIO (Police Officer)
At Stated Addresses, as seen in the main Complaint form

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the** ~~District of New York:~~

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).    Eastern District. New York

21 CV 06021 (Terminated)

_____

RICHARDS, Alroy D.
Name (Last, First, MI)

179 Elm Street        Valley Stream        N.Y.        11580
Address                City                State        Zip Code

347-779-3620          alroyrichards7@gmail.com
Telephone Number              E-mail Address

10/04/2024
Date                            Signature

EASTERN DISTRICT
NEW YORK

Civil Action #:

ALROY RICHARDS
        *Petitioner*
   vs.

1. CITY OF NEW YORK – ATTN: Corporation Counsel    **EXHIBITS** **List**
2. Mr. ROSARIO (Police Officer)
        *Respondents*

---

A. Court Document, 03/01/2024, confirming **EXONERATION**, from the **07/27/2023** Court Date.
B. Court Document, 10/02/2024, confirming **EXONERATION**, from the **07/27/2023** Court Date.
C. **10/02/2023** document, to the Court, from the plaintiff, regarding **Transcripts** **request**.
D. **SUMMONS**, from the NYPD, at scene, regarding the **07/08/2023** **Illicit** **Traffic Stop** (from profiling).
E. Alleged Complaint Statement, from Mr. **Rosario**, *Police Officer*, dated ***07/08/2023*** (reportedly), **received from the Court, by the Plaintiff, on 10/02/2023**, and **never before seen, by the Plaintiff**.
F. F (i) – F (iii), scenes from the 07/08/2023 scenario, showing the **exact road way**, and usual traffic dilemma, along Church Street, Brooklyn. N.Y. and also, **WHERE POLICE STOPPED THE PLAINTIFF, WHILST PLAINTIFF WAS DRIVING**.
G. **Email on 10/06/2023**, by the Plaintiff, to the Court, regarding certain request made, by the Plaintiff.
H. **07/17/2023** **Letter**, to the Court, by the Plaintiff, as Plaintiff intended to **retain Counsel**.
I. **07/21/2023** **Email**, to the Court, by the Plaintiff, as Plaintiff intended to ask for a revised date, beyond 07/08/2023.
J. **Letter** from the **NYC Comptroller's Office**, dated 10/10/2023, regarding Plaintiff's Claim submission, on 10/05/2023. Case #**2023PI033132**, assigned by the Respondents.
K. Completed form, from the **NYC Comptroller's Office**, dated 10/11/2023, by the Plaintiff, regarding Plaintiff's Claim submission, on 10/05/2023. Case #**2023PI033132**, assigned by the Respondents.
L. **Original Claim**, to the NYC Comptroller, by the Plaintiff, on **10/05/2023**, and dated same, With respect to the Illegal incident, on 07/08/2023.
M. **Follow up Letter**, by the Plaintiff, dated **12/10/2023**, to the NYC Comptroller, relative to the Claim.
N. **Follow up Letter**, by the Plaintiff, dated **03/22/2024**, to the NYC Comptroller, relative to the Claim.
O. Email to the Plaintiff, dated **04/11/2024**, from Respondents' outsourced Attorneys-at-Law, suggesting a 50-H Hearing, on insistence from the Plaintiff. Plaintiff had indicated a **Conflict of Interest**, by these Counsels, as, Plaintiff had a lengthy issue, with them, in another

Jurisdiction, where those Counsels (Law Firm), acted as Defense for two (Defendants), in a Lawsuit, filed by the Plaintiff. **Respondents suggesting that the Plaintiff not allowed to Summon, nor cross examine witnesses, neither to question Counsels, otherwise.**

P. Notice of Hearing, to the Plaintiff, dated **04/11/2024**, from Respondents' outsourced Attorneys-at-Law, suggesting a 50-H Hearing, on insistence from the Plaintiff. Plaintiff had indicated a **Conflict of Interest**, by these Counsels, as, Plaintiff had a lengthy issue, with them, in another Jurisdiction, where those Counsels (Law Firm), acted as Defense for two (Defendants), in a Lawsuit, filed by the Plaintiff. **Respondents suggesting that the Plaintiff not allowed to Summon, nor cross examine witnesses, neither to question Counsels, otherwise.**

Q. **Follow up Letter**, by the Plaintiff, dated **06/13/2024**, to the NYC Comptroller, relative to the Claim.

R. **Follow up Letter**, by the Plaintiff, dated **07/19/2024**, to the NYC Comptroller, relative to the Claim.

10/04/2024
RICHARDS, Alroy
Plaintiff
(Pro-Se)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 104923

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**FEE:    $10.00**

RICHARDS, ALROY
_____
DEFENDANT

█████████
_____
DATE OF BIRTH

█ 79 ELM ST █
_____
ADDRESS

VALLEY STREAM        NY        11580-4915
_____
CITY                 STATE    ZIP

07/08/2023
_____
ISSUE DATE

DOCKET NUMBER: 2023SK021599

SUMMONS NUMBER: 4449280865

VTL 1212 UM
_____
ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|------|-------------|-------|------|
| 07/27/2023 | ACD CPL 170.55 | MCDONNELL,J | SAP |
| 12/27/2023 | DISM, ADJ EXPIRED CPL170.55 | TATHAM,B | SAP |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

_____        03/01/2024
COURT OFFICIAL SIGNATURE AND SEAL        DATE

---

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 - including any appearing on this certificate of disposition - are vacated, dismissed, sealed and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise-unless specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with a jail term of "1 year", "12 months", or "365 days" is, by operation of law, deemed to be a sentence of 364 days. Any Certificate of Disposition indicating a jail sentence of "1 year", "12 months", "52 weeks", or "365 days" for a misdmeanor conviction shall be interpreted as a sentence of 364 days.

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE
         COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



2023SK021599



File   Edit   Tools   Forms   Window   Help

Case Inquiry - Kings - RICHARDS, ALROY - Docket #: 2023SK021599 - Summons #: 4449280865

Court Appearances | Charges | Payments | Vehicle | Issuing Agency | Attorneys | Defendant | Alias | Soft Links | Eve

| Appearance Date | Court Part | Disposition Code | Fine Status | Surcharge Status | CVAF Status | Release Status | Appearance Type | |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | SAP | | | | | | NT | |
| 07/27/2023 | SAP | ACD55 | | | | | REG | |

CCW Information

| Release Status | Docket # | County | Next Part | Next Date |
|---|---|---|---|---|

Ready

Save

Type here to search

Received 10/02/2023
from Court @ 1 Centre Street, New York   B

**Criminal Court of the City of New York**
County __Kings__

**REQUEST FOR TRANSCRIPTION
OF AUDIO RECORD**

Docket/SCI/Ind # __2023 SK 021599__

~~Control~~ Summons Number: __4449280865__ / ~~25~~

Type of Order:

☒ Normal
☐ Priority
☐ Overnight
☐ Immediate

| PEOPLE OF THE STATE OF NEW YORK |
| --- |

**PEOPLE OF THE STATE OF NEW YORK**
against

__Alroy Richards__ , Defendant

| | Initials | Date |
| --- | --- | --- |
| Processed by | | |
| Req. Rec'd by Email | | |
| Audio to Service | | |

---

**Part I** (All Requests)

**REQUESTOR, PROCEEDING AND TRANSCRIPTION SERVICE INFORMATION**

☐ Judge/Authorized Court Personnel
☐ Lawyer/Private Party
☐ Assigned Counsel

Date of Order _____

Date Required _____

(For Court or Assigned Counsel Requests Only) Judge must initial this box if Priority, Overnight or Immediate copy is ordered for Court or Assigned Counsel transcription

**Requestor Information**

NAME: __Alroy Richards__

ADDRESS: ~~████~~ __Street Valley Stream N.Y 11580__

TELEPHONE: ~~347-779-3672~~

EMAIL: ~~████ roy richards 7@gmail.com~~

Signature _____   __10/02/2023__
Date

**Proceeding Information**

Date(s) of Proceeding: __7/27/23__   Time(s) of Proceeding: __9:30__ (AM/PM)

County __Kings__   Part __SAP__   Room # __Courtroom 2__

Judge/JHO __J. McDonnell__

**Time Stamp**
(Court Use Only)
1. _____
2. _____
3. _____
4. _____

**Transcription Service Information** (Judge/Authorized Court Personnel or Assigned Counsel should not fill out this box)

Requested Transcription Service: _____
SEE AUTHORIZED TRANSCRIPTION SERVICE LIST @ www.nycourts.gov/howdoi/transcripts.shtml

---

**Part 2** (Court or Assigned Counsel Requests Only)

**COURT'S ORDER AND AUTHORIZATION FOR MINUTES**

IT IS HEREBY ORDERED, that an official UCS transcription service is authorized pursuant to appropriate statutes, to furnish minutes in the above-captioned matter to:
(Check One)   ☐ COURT   ☐ ASSIGNED COUNSEL

DATE: _____   HON: _____ J.C.C

---

**Part 3** (Court or Assigned Counsel Requests Only)

**COURT AND/OR ASSIGNED COUNSEL RECEIPT OF MINUTES**

This is to acknowledge receipt of a copy of minutes in the above-captioned action:

DATE: _____ AUDIO RECORDS UNIT: _____, or

DATE: _____ ASSIGNED COUNSEL: _____

_____ pages @ $ ___ per page

_____ pages @ $ ___ per page

_____ pages @ $ ___ per page

---

**Part 4** (Court Requests Only)

**RECEIPT OF MINUTES**

RECEIVED "Minutes" from the above-named Transcription Service pursuant to ☐ ORDER OF APPELLATE TERM   ☐ FAMILY COURT, REMOVAL ACT, consisting of _____ Pages. Original and Copy in the Sum of $ _____

DATE: _____ AUDIO RECORDS UNIT _____

---

**Part 5** (Court or Assigned Counsel Requests Only)

**INSPECTION AND AUTHORIZATION FOR BILLING BY AUDITOR**

MINUTES INSPECTED BY: _____ DATE: _____

PAYMENT AUTHORIZED FOR: _____ pages. TOTAL NUMBER OF COPIES _____

_____
Signature of Auditor and Payment Authorization

---

CRC 3211 (rev. 10/2/11)

SUBMIT TO: AUDIO RECORDS UNIT
111 Centre Street, Room 118
New York, NY 10013
audiorecords@nycourts.gov



CRC-3206 (0/17)

## Criminal Court Appearance Ticket

Name (Last, First, MI)
Richards  Alroy

Date of Birth (mm/dd/yy)
[redacted]

Street Address
E1m-St

City
Valley Stream

State
NY

Zip Code
11580

Cell Phone Number (where court may contact you)
(    )

Home Phone Number (where court may contact you)
(    )

**Show up to court on:**

Court Appearance Date (mm/dd/yy):  7/27/23        at: 9:30 a.m.

Your court appearance location:  ○ Other (specify): _____

| ○ Bronx Criminal Court | ◉ Kings & New York Criminal Court | ○ Midtown Community Court | ○ Redhook Community Justice Center | ○ Queens Criminal Court | ○ Richmond Criminal Court |
|---|---|---|---|---|---|

**Court Locations:** You must appear at the court location identified above.

Bronx Criminal Court ................................................. 215 E 161st Street, Bronx, NY 10451
Kings & New York Criminal Court ................................. 1 Centre Street, New York, NY 10007
Redhook Community Justice Center ..................... 88-94 Visitation Place, Brooklyn, NY 11231
Midtown Community Court ..................................... 314 W 54th Street, New York, NY 10019
Queens Criminal Court ........................ 120-55 Queens Boulevard, Kew Gardens, NY 11415
Richmond Criminal Court ..................................... 26 Central Ave, Staten Island, NY 10301

### You are Charged as Follows:

Title of Offense:
Reckless driving

Time 24 Hour (hh:mm)
1935

Date of Offense (mm/dd/yy)
7/8/23

County
Kings

Place of Occurrence
S1E C10  E40  Church

Precinct
67

In Violation of
Section  1212

Subsection

| VTL ☑ | Admin Code ☐ | Penal Law ☐ | Park Rules ☐ | Other |
|---|---|---|---|---|

### For Additional Information and Questions:

Visit the website or call the number below for additional information about your court appearance and translation of this document.

www.mysummons.nyc

OR

Call 646-760-3010

**\*\*To avoid a warrant for your arrest, you must show up to court.\*\***

At court, you may plead guilty or not guilty.

Please see back for exceptions for Public Consumption of Alcohol and Public Urination offenses.

Defendant stated in my presence (in substance):

_____

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

Complainant's Full Name Printed
PO Rosario

Rank/Full Signature of Complainant
PO

Date Affirmed (mm/dd/yy)
7/8/23

Tax Registry #
966819

Agency
NYPD

Command Code
67

**DEFENDANT'S COPY**

4449280865

CRC-3206 (07/17)

# Complaint/Information
## The People of The State of New York vs.

Name (Last, First, MI): **Richards Alroy**

Date of Birth (mm/dd/yy): [redacted]

Street Address: [redacted] ~~Elm St~~

Apt. No.

City: **Valley Stream**   State: **NY**   Zip Code: **11580**

Cell Phone Number (Write N/A or Refused if not provided): ( )

Home Phone Number (Write N/A or Refused if not provided): ( )

Court Appearance Date (mm/dd/yy):
(Ensure correct return date is entered) **7/27/23**   at: 9:30 a.m.

The court appearance location:

- ○ Bronx Criminal Court
- ● Kings & New York Criminal Court
- ○ Midtown Community Court
- ○ Redhook Community Justice Center
- ○ Queens Criminal Court
- ○ Richmond Criminal Court
- ○ Other (specify) _____

ID/License Number: [redacted] **526 791 4 3**   State: **NY**   Type/Class: **D**   Expires (mm/dd/yy):

Race:
- ○ White
- ● Black
- ○ Hisp. White
- ○ Hisp. Black
- ○ Am. Ind./Alaskan Native
- ○ Asian/Pacific Is.

Sex: **M**   Ht: **5 7**   Wt: **160**   Eyes: **Bro**   Hair: **BLK**   Plate/Reg: **KMD** [redacted]

Reg State: **NY**   Expires (mm/dd/yy): **6/7/25**   Plate Type: **PC**   Veh Type: **4Dr**   Make: **Niss**   Year: **09**   Color: **BLK**

## The Person Described Above is Charged as Follows:

Title of Offense: **Reckless driving**

Time 24 Hour (hh:mm): **1935**   Date of Offense (mm/dd/yy): **7/8/23**   County: **Kings**

Place of Occurrence: **S/E C/O E40 Church**   Precinct: **67**

In Violation of Section **1212**   Subsection   VTL ☐  Admin Code ☐  Penal Law ☐  Park Rules ☐  Other ☐

Factual Allegations (describe how the offense was committed, OR complete reverse):

At TPO I observed above individual operating a motor vehicle in such a manor in which the def did create serious risk of PI or death by driving into oncoming traffic and overtaking multiple vehicles

NYPD CODE: ☐ 1  ☐ 2  ☐ 3  ☑ 4     ICAD #

Received 10/02/2023

E

Defendant stated in my presence (in substance):

The garbage truck was moving slow.

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

Complainant's Full Name Printed: **PO Rosario**

Rank/Full Signature of Complainant: **PO** _[signature]_

Date Affirmed (mm/dd/yy): **7/8/23**

Tax Registry #: **966819**   Agency: **NYPD**   ORIGINAL   Command Code: **67**

449280865

☐ **Trespass Affidavit: Penal Law §140.05** *(To be completed by property owner/custodian. Officer MUST complete factual allegations section on front of summons.)*

I, _____ of (address)_____

County of _____, State of New York, am the owner or custodian of the premises located at

(insert address) _____. The defendant

did not have any license or privilege to be in or upon said premises on (date) _____
or at any other time. I have read the facts stated herein as furnished by me and they are true upon my personal knowledge and belief.

**False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.**

| Full Signature of Deponent/Affiant (Owner/Custodian) | Date Affirmed (mm/dd/yy) |
|---|---|
| | |

☐ **Disorderly Conduct: Penal Law §240.20**
At the time and place of occurrence indicated herein, I personally observed the defendant, with the intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof: *(select only ONE of the following per summons)*

☐ [PL §240.20(1)] engage in fighting or in violent, tumultuous or threatening behavior, to wit: *(In the space provided below, describe specific acts or words used and manner which made them violent, etc.)*

☐ [PL §240.20(5)] obstruct vehicular or pedestrian traffic, to wit: *(In the space provided below, specify what the defendant did and the resulting obstruction)*

☐ [PL §240.20(6)] congregate with other persons in a public place and refuse to comply with a lawful order of the police to disperse, to wit: *(In the space provided below, describe both specific communication to disperse and specific actions of defendant)*

_____

_____

_____

_____

☐ **Public Consumption of Alcohol: NYC Administrative Code §10-125 (b)**
At the time and place of occurrence indicated herein, I personally observed the defendant in possession of an open container that contained an alcoholic beverage, to wit: an open *(describe both the container and the beverage, e.g., 16 oz. can of Acme beer)*

_____

_____

_____

I know the above described container contained alcohol containing more than one-half of one percent (.005) of alcohol by volume, based upon information and belief, the source of which is as follows: *(check ALL that apply)*
    ☐ the label on the container states that it contains alcohol consisting of more than (.005) of alcohol by volume.
    ☐ my professional training and experience as a police officer.
    ☐ the odor emanating from the container.
    ☐ my observations of the packaging which is characteristic of an alcoholic beverage.
    ☐ the defendant's statement that the substance is in fact what it is alleged to be.
Defendant stated in my presence *(in substance)*: _____

_____

_____

Such possession was not while the defendant was participating in a block party, feast or similar function for which a permit had been issued.

**I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.** *(*If used, officer MUST sign front and back of summons.)*

| Complainant's Full Name Printed | Rank/Full Signature of Complainant | Date Affirmed (mm/dd/yy) |
|---|---|---|
| PO Rosano | PO [signature] | 7/8/23 |

Received
10/02/2023

E



JULY 8, 2023
Summons# 4449280865

F(ii)



Page 3

July 8, 2023
Summons # 4449280865

E 40 Street

E 40 St

My CAR
KMD █████

FCiii)

Page 4

July 8, 2023
Summons# 4449280865

E(iv)

CHURCH

AVENUE

Page 5

July 8, 2023

Summons # 44449280865

F(V)

The P.U.R.E. Spot
POWERFUL UNIQUE RAW ENERGY

BLUE MAGIC
BOTANICA
SPIRITUAL READING AND ADVICE
RELIGIOUS SUPPLIES

My CAB
KMD 2148

CHURCH AVENUE

Page 6

July 8, 2023

Summons# 4449280865

E(vi)

Opposite Side

First Community Triumphant Cathedral

CHURCH AVENUE

Page 7

July 8, 2023

Summons #
4449280865

E(vii)

CHURCH AVENUE and

Page 8

July 8, 2023
Summons # 44492\u200b80865

E (viii)

CHURCH AVENUE | E 40 Street

# ALROY RICHARDS, COURT DOCKET #2023SK021599, Summons #4449280865 - COURT DATE On JULY 27, 2023, 0930 am, Relative To July 8, 2023 TRAFFIC STOP



**b**

**10/06/2023**

hugly biggly <alroyrichards7@gmail.com> 11:49 AM (0 minutes ago)

to audiorecords@nycourts.gov

Good day to you. Please see attached, copy of ACCUSED's REQUEST, which was already made, in person, by paper submission, to your **111 Centre Street Office**, **Room #118**, on **OCTOBER 2, 2023**.

Kindly advise accordingly.

Thanking you in advance.

Yours sincerely

**ALROY  RICHARDS**
*Accused*

**Att.**
One attachment • Scanned by Gmail

---

G



79 Elm Street
**Valley Stream, N.Y. 11580**
Tele #347-779-3620
**Email**: alroyrichards7@gmail.com

July 17, 2023

'**WITHOUT PREJUDICE**'

**URGENT**

The Clerk of the Court (For Unrepresented Persons)
NYC Criminal Court
1 Centre Street
New York, N.Y. 10007

Dear Clerk of The Court:

**RE:**   **ALROY RICHARDS, KMD 2148 – WRECKLESS DRIVING ALLEGATIONS**
      **By The N.Y.P.D., Reportedly on SATURDAY JULY 8, 2023, 7:35 pm, Brooklyn, N.Y.**
      **Vicinity Of SOUTH EAST CORNER OF EAST 40TH STREET & CHURCH AVENUE**
      **TICKET #4449280865**
**Plea:**  **NOT GUILTY – Possibly Asking For A LATER COURT DATE, Being ANOTHER LATER**
      **DATE, Or, LATER TIME, That DAY, For Thursday 07/27/2023**

---

My name is **ALROY RICHARDS**, the *Accused*, in the matter. Kindly be reminded that the **Court date** is set for **Thursday July 27, 2023**, at **9:30 am**. The Accused is Pleading NOT GUILTY, to these *WRECKLESS DRIVING* ALLEGATIONS, and the *Accused*, also **WISH TO RETAIN COUNSEL**, even **one (1) Appointed By The Court**. This, in Order for the Accused to properly challenge the Reports, by the N.Y.P.D.

The Accused may be contacted at the information supplied, at the top of the page. Further, the Accused **WILL** be telephoning your Court, by **Thursday 07/20, 2023**, regarding the contents of this material letter. However, any **link, Responses**, inter alia, may be sent to the Accused, via **Email**.

Please do not hesitate to contact the Accused, should you require additional information, or, further clarifications.

Yours sincerely

**ALROY RICHARDS**
*Accused/Motorist*

Atto - copy Ticket

H

ALROY RICHARDS, D.o.B. ████████ Alleged
SUMMONS, 07/08/2023, By N.Y.P..D., Re Reported
WRECKLESS DRIVING - ACCUSED SEEKING EITHER
A LATER TIME, ON THURS. 07/27/2023, Or, A
DIFFERENT DATE, AFTER



**b**

**07/21/2023**

████ biggly ████ <al██rich██ds7@gmail.com>

Fri, Jul
21,
4:38 PM

to crimnycquestions

Good day to you. My name is Alroy Richards. Accused do not have the SUMMONS
NUMBER with me presently.

However, the Accused had sent in a LETTER, as well as copy of the
TICKET/SUMMONS, by U.S.P.S., to your Court. Contents relate to the subject.

Therefore, accused is asking for the following (contents of which were already in the
Letter, submitted, by the Accused):

(i) A LATER TIME, for THURS. 07/27/2023, or
(ii) A LATER DATE (Another Court date).
(iii) Consequently, TIME for RETENTION OF COUNSEL, by the Accused, in
preparation for his case.

Thanking you in advance.

Regards.

Alroy Richards
Accused/Motorist

Tele ████████





**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

---

**Brad Lander**
**COMPTROLLER**

015 - 151

Date:      10/10/2023
Claim Number:  2023PI033132
RE:      Acknowledgment of Claim
Your Claim/Policy#:

ALROY RICHARDS
~~79 ELM ST PH~~
VALLEY STREAM NY 11580

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment





## THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**Brad Lander**
COMPTROLLER

00A - 188

Date: 10/11/2023
Claim no: 2023PI033132
Claimant: ALROY RICHARDS
Date of occur: 07/27/2023

ALROY RICHARDS
~~[REDACTED]~~
VALLEY STREAM, NY 11580

The above claim is being reviewed. In order to properly evaluate this claim, please complete the items which are marked and return the form.

(x) Claimant's social security # ...................................................................

(x) Claimant's date of birth ..~~[REDACTED]~~...............................................

(x) Copy of final disposition ...Attached. Case #2023SK021599.

(x) Precinct of occurrence 67th - Brooklyn, N.Y.

(x) Name and shield # of officer('s) Officer ROSARIO, #966819.

(x) Copy of arrest report, rap sheet and, if filed, CCRB report – No C.C.R.B. Copy of SUMMONS - Attached.

(x) Related medical records, particularly emergency room & ambulance records.

(x) Medicaid and/or Medicare lien? N/A.

(x) Medicaid/CIN # N/A.

(x) Any other information and or documents pertinent to your claim: Copy of the DOCUMENTS, were already SUBMITTED, with 10/05/2023 CLAIM

If you have any questions, feel free to contact M. VALENTINO at 212-669-4765.

Sincerely yours:

------------------------------
Bureau of Law & Adjustment - Room 1220

K

\* Completed in CLAIMANT's (own) HAND WRITING.
10/24/2023.



New York City Comptroller
Brad Lander

# Personal Injury Claim Form

A claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office, located at 1 Centre Street, Room 1225, New York, NY 10007. The claim form must be notarized. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

TYPE OR PRINT

**I am filing:** ☑ On behalf of myself. ( PRO-SE )

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | RICHARDS |
| First Name: | ALROY |
| Relationship to the claimant: | himself (Claimant) |

○ Attorney is filing. N/A

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | N/A |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

### Claimant Information

| | |
|---|---|
| *Last Name: | RICHARDS |
| *First Name: | ALROY |
| Address: | ▓▓▓▓▓▓ |
| Address 2: | PIH |
| City: | Valley Stream |
| State: | New York |
| Zip Code: | 11580 |
| Country: | U.S.A. |
| Date of Birth: | ▓▓▓▓ Format: MM/DD/YYYY |
| Soc. Sec. # | Optional |
| HICN: (Medicare #) | N/A |
| Date of Death: | N/A Format: MM/DD/YYYY |
| Phone: | ▓▓▓▓▓▓ |
| Email Address: | a▓▓rich▓▓@gmail.com |
| Occupation: | Work say |
| City Employee? | ○ Yes ○ No ☑ NA |
| Gender | ☑ Male ○ Female ○ Other |

\* Certain other aspects, being RESERVED, for further EVIDENCES.

10/05/2023


New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

A claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the NYC Comptroller's Office, located at 1 Centre Street, Room 1225, New York, NY 10007. The claim form must be notarized. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

## TYPE OR PRINT

**I am filing:** ⊘ On behalf of myself. ( PRO-SE )

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | RICHARDS |
| First Name: | ALROY |
| Relationship to the claimant: | himself (Claimant) |

○ Attorney is filing. N/A

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | N/A |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

## Claimant Information

| | |
|---|---|
| *Last Name: | RICHARDS |
| *First Name: | ALROY |
| Address: | ▓▓▓▓▓▓▓ |
| Address 2: | P1H' |
| City: | Valley Stream |
| State: | New York |
| Zip Code: | 11580 |
| Country: | U.S.A. |
| Date of Birth: | ▓▓/▓▓/1979 Format: MM/DD/YYYY |
| Soc. Sec. # | Optional |
| HICN: (Medicare #) | N/A |
| Date of Death: | N/A Format: MM/DD/YYYY |
| Phone: | ▓▓▓▓▓▓▓▓ |
| Email Address: | a▓▓▓richard▓▓@gmail.com |
| Occupation: | Won't say |
| City Employee? | ○ Yes ○ No ⊘ NA |
| Gender | ⊘ Male ○ Female ○ Other |

\* Certain other aspects, being RESERVED, for further EVIDENCES.

10/05/2023



New York City Comptroller
Brad Lander

**The time and place where the claim arose**

*Date of Incident: 07/08/2023  Format: MM/DD/YYYY

Time of Incident: 7:42 pm  Format: HH:MM AM/PM

*Location of Incident:
CHURCH AVENUE, in Brooklyn, N.Y. 11203 between Albany Avenue and 40th Street.

Address: near { 40-17 Church Avenue
Address 2: 40-02 Church Avenue
City: New York (Brooklyn
State: New York
Borough: Kings

**\*Manner in which claim arose:**

Attach extra sheet(s) if more room is needed.

Police's SUMMONS #4449280865 has TIME of 7:35 pm, and VENUE, as S/E East 40 Church Avenue. N.Y.P.D. Precinct #67. Alleged VIOLATION at sub-section # 1212. N.Y.P.D. Police Officer Mr. ROSARIO, Shield # 966 819 issued this CRIMINAL SUMMONS. Plaintiff was driving his 2009 black NISSAN MURANO, in general direction towards UTICA AVENUE, Brooklyn, along CHURCH AVENUE. N.Y.P.D. Then stopped Claimant. N.Y.P.D. approached with their two (2) marked vehicles, from behind Claimants. Questioned Claimant as to his driving passed a garbage truck, as well as a black SUV. Took Claimant's DRIVERS LICENSE and M/V REGISTRATION. Returned 15 minutes later with WRECKLESS DRIVING allegations. then Summon

**The items of damage or injuries claimed are (include dollar amounts):**

Attach extra sheet(s) if more room is needed.

Five hundred thousand dollars ($500,000.00). COURT DATE @ Centre Street was JULY 27, 2023. EXONERATED. DOCKET # 20235K021309.

CLAIMS: ILLEGAL TRAFFIC STOP. See SDNY's 20 CV 03348-RA(JW), now in Settlement Conference. Patterns Practice Customs - MONELL CLAIMS. 4th AMENDMENT (Unlawful Detention Imprisonment, EMOTIONAL DISTRESS, RETALIATIONS, COLOUR OF STATE, EXCESSIVE FORCE. 28 U.S.C. §§ 1367(a), 1331, 14th

PROFILING (illegal)

HARASSMENT

*Denotes required fields

Page 3 of 5

MENDMENT

*garden variety, under* EMOTIONAL DISTRESS

## Medical Information   None

| | |
|---|---|
| 1st Treatment Date: | Format: MM/DD/YYYY |
| Hospital/Name: | |
| Address: | |
| Address 2: | N/A |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance?   ○ Yes  ⊘ No  ○ NA

## Employment Information (if claiming lost wages)   None

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | N/A |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

## Treating Physician Information   None

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | N/A |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

10/05/2023



New York City Comptroller
Brad Lander

**Witness 1 Information**

Last Name: ROSARIO

First Name:

10 67th Precinct Address: 2820 Snyder Avenue

Address 2:

City: Brooklyn

State: New York

Zip Code: 11226

Tele # 718-287-3211

**Witness 2 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 3 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 4 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 5 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Witness 6 Information**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

10/05/2023

*Denotes required field(s).*

CLAIMANT: Mr. ALRIY RICHARDS

TO: Office of the NYC Comptroller

• CLAIM FORM

Date: 10/05/2023

Re: ILLICIT PROFILING, UNLAWFUL DETENTION, HARASSMENT, CRIMINAL SUMMONS, on 07/08/2023,

Attached in the Interim, are:-

(a) Personal Injury CLAIM, duly completed.

(b) copy SUMMONS # 4449280865.

(c) COURT Print Out, on 10/02/2023.

(d) Request for TRANSCRIPTION OF AUDIO RECORD relating only to Claimant, dated 10/02/2023.

(e) Police Officer's alleged STATEMENT, "seen to be signed", reportedly, on 07/08/2023.

(f) Claimant's LETTER to the Court, dated 07/17/2023.

(g) Claimant's EMAIL to the Court, dated 07/21/2023.

Matters not limited to this, as there were other ILLICIT TRAFFIC STOPS, not relating to this present scenario. Other issues, regarding "MISCHIEF" PROFILING (illegal), and GRAVE INDIFFERENCES are on your Records. Examples, NYC Comptroller's cases: 2019PI24392, 2019 PI 27086, and 2020 PI 31962.

10/05/2023



New York City Comptroller
Brad Lander

**Complete if claim involves a NYC vehicle**

| Owner of vehicle claimant was traveling in | | Non-City vehicle driver | |
|---|---|---|---|
| Last Name: | RICHARDS | Last Name: | RICHARDS |
| First Name: | ALROY | First Name: | ALROY |
| Address | 179 Elm Street | Address | 179 Elm Street |
| Address 2: | PIH | Address 2: | PIH |
| City: | Valley Stream | City: | Valley Stream |
| State: | New York | State: | New York |
| Zip Code: | 11580 | Zip Code: | 11580 |

**Insurance Information**  though N/A

| Insurance Company Name: | State Farm (valid) | **Non-City vehicle information** | |
|---|---|---|---|
| | | Make, Model, Year of Vehicle: | 2009 Nissan Murano |
| Address | | Plate #: | KMD 2148 |
| Address 2: | | VIN #: | JN8AZ18W29W20516 |
| City: | | **City vehicle information** | |
| State: | | Plate #: | |
| Zip Code: | | | |
| Policy #: | | City Driver Last Name: | |
| Phone #: | | | |

**Description of claimant:** ☑ Driver  ○ Passenger  ○ Pedestrian  ○ Bicyclist  ○ Motorcyclist  ○ Other

City Driver First Name:

---

| *Total Amount Claimed: | 500.000 | *Format: Do not include "$" or "," five hundred thousand dollars. |
|---|---|---|

October 5, 2023
Date

Signature of Claimant

State of New York
County of

I, RICHARDS, ALROY _____, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day 10/5/2023

Signature of Claimant _____

Signature of notary _____

CHARMAINE WASHINGTON
Notary Public - State of New York
No. 01WA6391289
Qualified in Nassau County
My Commission Expires April 29, 2027

* Denotes required field(s).



Valley Stream
N.Y. ##### 
Tele # ████████
EMAIL: al██ch██████gmail.com

December 10, 2023

'WITHOUT PREJUDICE'

Mr BRAD LANDER
Comptroller - City of New York
c/o Bureau of Law, and Adjustment
1 Centre Street, Room # 1200
New York, N.Y. 10007

2023 DEC 11 A 11:23   NYC COMPTROLLER BUR. INFORMATION SYSTEMS CENTRAL IMAGING FACILITY RECEIVED

Dear Sir(s)

RE: ALROY RICHARDS - ILLEGAL TRAFFIC STOP
By The N.Y. P-D, on 07/08/2023
CLAIM # 2023PI033132, Filed 10/05/2023
Your LAST CORRESPONDENCE - 10/10/2023

Reference is made to the above. Nothing else
has since been heard from your Offices. Nor
has any HEARING (50-H) been convened. The
Claimants presentations have more than merit.
Let us have an early resolution.

Regards.

Yours sincerely

ALROY RICHARDS (Claimant)

M



March 22, 2024

'WITHOUT PREJUDICE'

Mr. Brad Lander
Comptroller – City of New York
c/o Bureau of Law and Adjustments
1 Centre Street
New York, N.Y. 10007

Dear NYC Comptroller:

RE: ALROY RICHARDS (CLAIMANT) vs. CITY OF NEW YORK (Civil)
File (#2023PI033132), Filed By CLAIMANT, 10/05/2023
UNLAWFUL TRAFFIC STOP, of Claimant, By the N.Y.P.D., On 07/08/2023, Brooklyn, N.Y.

---

Good day to you. Reference is made to the Claimant's **last correspondence**, dated **12/11/2023**, regarding the ***Status Request***, on this matter, to which, no responses have been heard, from your Offices. Claimant is also cognizant, that, under **General Municipal Law** (G.M.L.) of the *City of New York*, **s/s 50-h**, that the Respondents have not sought to engage in any **Pre-Suit Examinations**, of the issues brought forth, swearing **under Oath**, and ensuring the provisions of **Testimonies**. This, despite, under **G.M.L. s/s 50-e**, that Claimant had filed a **Notice of Claim**, on 10/05/2023. It is the expectations, that the City of New York, has interests in this matter, under, **G.M.L. s/s 50-k**, regarding **adverse actions**, **of its employees**, **acting on its behalf**.

Consequently, the Claimant is looking forward in hearing from the City of New York, even though **a year and ninety (90) days**, has not elapsed, since last meaningful, but telling, and connecting actions, in the development; **commencement**, on **07/08/2023**, being the day of the **Illegal Traffic Stop**, by the N.Y.P.D., in Brooklyn, N.Y.

Intended Causes of Actions, include, but which are not limited to the following: **Excessive Force**, **Unlawful Detention** (4th Amendment), **Harrassment**, **Emotional Distress** (garden variety type), **Colour of State Law – 4th Amendment** (Civil Rights Act, of 1861), **Deprivation of Property**, **Property Interests** Deprivation, **Deprivation** of **Liberty**, and **Freedom**. As well as the **14th Amendment** – breach of **Due Process**, and **Administrative Process**, along with **Equal Protection Clause** (E.P.C.). **State Law** Claims, being done under **28 U.S.C. s/s 1331**, and **1367 (a)**.

1



Kindly provide the Claimant with an appropriate update, detailing whether the City of New York wishes to engage in any <u>Pre-Trial</u> discussions, in formal settings, or, whether writing to the Claimant, would suffice, setting out the **Respondents' <u>legal position</u>**, on the issues.

Regards.

Yours sincerely

**ALROY RICHARDS**
*Claimant, Pro-Se*

2



# Notice of Hearing

Inbox                                                                    **04/11/2024**

**Colucci, Toni <Toni.Colucci@lewisbrisbois.com>** 11:25 AM (6 hours ago)

to me

Good Morning,

In addition to mailing, annexed please find the Notice of Hearing letter for the 50H hearing for the incident on July 27, 2023.

Please note, we are the law firm representing the City of New York.

If the date provided in the letter is inconvenient, please respond to this email.

The day before the hearing I will reach out to confirm and provide you with a ZOOM link. In the event I am unable to confirm, the hearing will be deemed adjourned and rescheduled.

**Toni Colucci**
**Case Assistant**
**Toni.Colucci@lewisbrisbois.com**

**T: 646.783.0928 F: 212.232.1399**

77 Water Street, 21st Floor, New York, NY 10005 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recip intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notif this email and any attachment from your computer and any of your electronic devices where the message is stored

One attachment • Scanned by Gmail



# Notice of Hearing

Inbox                                            <u>**04/11/2024**</u>

**Colucci, Toni <Toni.Colucci@lewisbrisbois.com>** 11:25 AM (6 hours ago)

to me

Good Morning,

In addition to mailing, annexed please find the Notice of Hearing letter for the 50H hearing for the incident on July 27, 2023.

Please note, we are the law firm representing the City of New York.

If the date provided in the letter is inconvenient, please respond to this email.

The day before the hearing I will reach out to confirm and provide you with a ZOOM link. <u>In the event I am unable to confirm, the hearing will be deemed adjourned and rescheduled.</u>

> **Toni Colucci**
> **Case Assistant**
> <u>**Toni.Colucci@lewisbrisbois.com**</u>
>
> **T: 646.783.0928 F: 212.232.1399**

77 Water Street, 21st Floor, New York, NY 10005 | <u>LewisBrisbois.com</u>

<u>**Representing clients from coast to coast. View our locations nationwide.**</u>

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recip intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notif this email and any attachment from your computer and any of your electronic devices where the message is stored.

One attachment • Scanned by Gmail



 

LEWIS
BRISBOIS

LEWIS BRISBOIS BISGAARD & SMITH LLP

77 Water Street, Suite 2100
New York, New York 10005

April 11, 2024

Via Email & USPS: a█████rich██████@mail.com
Alroy Richards
█████████████
Valley Stream New York 11580

Re: Claimant Name: ALROY RICHARDS
Claim Number: 2023PI033132
D.O.I        : 07/27/2023

**NOTICE OF 50-H HEARING**

Dear Alroy Richards:

Please take notice, pursuant to Section 50-h of the General Municipal Law (GML), claimant is mandated by law to appear at the following location, at the date and time specified below, to be orally examined under oath relative to the occurrence and extent of injuries for which the above claim is made. Please note that all infant claimants must appear.

**Date of Hearing**: May 22, 2024
**Time of Hearing**: 3:30 P.M.
**Location of Hearing**: Remotely

All 50-h hearings are being held by videoconference. All parties must have access to a smart device with internet connection to support video capabilities, and all devices must be adequately charged.

The claimant should be accompanied by his/her attorney, if represented. Please note that all claimants, including infants, must appear. The hearing will begin promptly at the time indicated.

Upon receipt of this notice, please contact us if a language interpreter for your client is necessary. One day prior to the hearing, we will call your office to confirm the date and time of the hearing. If you confirm the hearing date at that time and you subsequently fail to appear for the hearing, you will be charged by the City for any legal fee, interpreter fee and stenographic fee incurred. For claimants not represented by an attorney, please note that we **cannot conduct a hearing** unless we confirm with you **by**



ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

**phone** the business day before. Please contact us immediately and provide us with your telephone number.

All applications for adjournments should be directed via email to **Toni Colucci** at **Toni.Colucci@LewisBrisbois.com.**

Claimants will be permitted one adjournment without cause. Application for such adjournments should be made <u>at least</u> one week prior to the hearing date. Applications for additional adjournments must include the reason for the request and will be granted for good cause **only.**

If a claimant fails to appear for a scheduled hearing, a default will be declared and claimant's failure to appear will be raised as an affirmative defense in any lawsuit subsequently filed.

**<u>In order to prevent fraud, you are required to present proper identification prior to commencement of the hearing</u>**. Additionally, you are requested to bring to the hearing original photographs of the accident scene and copies of all documents relevant to this claim including but not limited to:

      (1) prior written notice map;
      (2) all medical and hospital records;
      (3) authorizations for the Comptroller's Office to obtain, as applicable, medical, criminal, employment and/or school records, and loss of income documentation;
      (4) police reports.

Pursuant to State and Federal law, the Comptroller's Office, through its attorneys taking hearings, is authorized to obtain, social security and Medicare or Medicaid numbers for tax and reporting purposes, and to allow for the collection of liens held by the City and State.

Please be advised that nothing contained herein shall be construed as extending the statute of limitations beyond the statutory time.

All questions with regard to this notice should be addressed to the undersigned at Lewis Brisbois Bisgaard & Smith, LLP, 77 Water Street, Suite 2100 New York New York 10005.

**Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a crime. Violators will be prosecuted to the fullest extent of the law.**

                      Very truly yours,
                      *Toni Colucci*

                      Toni Colucci
                      Case Assistant

cc: Comptroller's Office
    One Centre Street
    New York, New York 10007



_COPY_

June 13, 2024

'WITHOUT PREJUDICE'

2024 JUN 14 P 2: 51

Mr. Brad Lander
Comptroller, New York City
Bureau of Law, and Adjustment
1 Centre Street, Room #1200
New York, N.Y. 10007

**ATTENTION**: Mr. **MICHAEL VALENTINO** – *Manager, Examinations*

Dear Mr. Michael Valentino:

**RE: ALROY RICHARDS (Claimant) vs. CITY OF NEW YORK, File #2023PI033132**
   **Last Contact With Your Office (VISIT), On JUNE 5, 2024 - Incident In Brooklyn, On JULY 8,**
   **2023, With N.Y.P.D., And UNLAWFUL TRAFFIC STOP - PROPOSED SETTLEMENT, By**
   **CLAIMANT (Pro-Se)**

Good day to you. This Letter is in no way solicitation, and, is written in **Good Faith**, and, for
**Good Cause Reasons**. In the interests of **preserving important** City of New York Resources, and
also any other protracted engagements, the Pro-Se Claimant is suggesting to the City of New
York, given the evidences, that the possibility of **"reasonable settlement"**, **be analysed**. All
processes are still within the remits of the **General Municipal Laws**. As a consequence, the
Claimant is proposing the following:

(a) That the City of New York **endeavour to Settle**, prior to any potential of using up much more
    critical resources, which may possibly be so rightfully be channeled else where.
(b) **Settlement amount**, if, and when occur, **not be disclosed**, **to the public**, in general.
(c) **Expiration Dates**, inclusive of the Timings for say **50-H Hearing**, may have **already elapsed**.
(d) That the **Amount** being **Proposed**, by the Claimant, as Pro-Se, is **one hundred thousand**
    **dollars ($100,000.00)**.
(e) If all the above materializes, and hold true, **City of New York**, **does not have to admit to any**
    **Liability**, in the confirmed, and relinquished Settlement.
(f) There are absolutely **no absence of facts**, **from the Claimant**, in the Claim at hand.
(g) Additional information, from the **Thurgood Marshall Project**, in terms of **Police National**
    **Settlements**, may be found at:
    https://policefundingdatabase.org/explore-the-database/settlements/.

Looking forwarding in hearing from your Offices. In the event that any further discussions are
warranted, with the Claimant (Pro-Se), Claimant's contact details, as listed in the file, have not
changed (remain the same).

Thanking you in advance.

1



Regards.

Yours sincerely



**ALROY  RICHARDS**
*Claimant, Pro-Se*

---



July 19, 2024

Mr. Brad Lander
The NYC Comptroller
1 Centre Street
New York, N.Y. 10007

**ATTENTION**: Mr. MICHAEL VALENTINO , Case Manager

Dear Manager, Mr. MICHAEL VALENTINO

RE:     **ALROY RICHARDS vs. CITY OF NEW YORK**
         **Case #2023PI033132**

Reference is made to the subject, wherein, my **last** correspondence to your Office, is dated **06/13/2024**. Submitted.

The expiration of one (1) year and ninety (90) days, is fast approaching. **Expiration** actually being **10/07/2024**, failing which matter will be proceeding to Federal Court.

Still awaiting your response.

Thanks.

Regards.

Yours sincerely

**ALROY RICHARDS**
*Claimant, Pro-Se*

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| ALROY RICHARDS <br> _____ <br> *Plaintiff(s)* <br> v. <br> 1. CITY OF NEW YORK <br> ATTN: Corporation Counsel <br> 2. Mr. ROSARIO (Police Officer) <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

1. CITY OF NEW YORK
c/o NYC Law Department
Corporation Counsel
100 Church Street
New York, N.Y. 10007

2. Mr ROSARIO (Police Officer)
c/o NYPD - 67th Precinct
2820 Snyder Avenue
Brooklyn, N.Y. 11226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ALROY RICHARDS
179 Elm Street
Valley Stream, N.Y. 11580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ALROY RICHARDS

**DEFENDANTS** 1. CITY OF NEW YORK
ATTN: Corporation Counsel
2. Mr ROSARIO (P/O) New York

**(b)** County of Residence of First Listed Plaintiff  Nassau (N.Y)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* 179 Elm Street
Valley Stream, N.Y. 11580
Tele # 347-779-3620

Attorneys *(If Known)* NYC Law Department
Corporation Counsel @100 Church
Street, New York, N.Y. 10007

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question
  (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | **PERSONAL INJURY** | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | **LABOR** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 720 Labor/Management Relations | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | **FEDERAL TAX SUITS** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 871 IRS—Third Party 26 USC 7609 | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | | | |
| | | [ ] 550 Civil Rights | **IMMIGRATION** | | |
| | | [ ] 555 Prison Condition | [ ] 462 Naturalization Application | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

10/04/2024
COLOUR OF STATE
MONELL Claim

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 14th AMENDMENT 4th AMENDMENT, EXCESSIVE FORCE, HARASSMENT RETALIATION
Brief description of cause: Oct/08/2023 WRECKLESS DRIVING allegations, from Profiling Pattern and Retaliation

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No  If Warranted

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

also DEPRIVATION OF PROPERTY INTERESTS
DEPRIVATION OF PROPERTY RIGHTS